AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>RUSSELL, BARRY | **2. Court or Organization**<br><br>UNITED STATES BANKRUPTCY COURT | **3. Date of Report**<br><br>05/15/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended report 5-12-2014 | **6. Reporting Period**<br><br>01/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

ROYBAL FEDERAL BUILDING
255 E. TEMPLE ST., SUITE 1660
LOS ANGELES, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | L.A. F.B.A. MEDAL OF VALOR FOUNDATION, NON-PROFIT |
| 2. | DIRECTOR | WESTERN JUSTICE CENTER FOUNDATION, NON-PROFIT |
| 3. | DIRECTOR | ACTIVITY SOURCE FOR SENIORS, INC. - NON-PROFIT |
| 4. | DIRECTOR | NATIONAL GRIEF SUPPORT SERVICES, INC. - NON-PROFIT |
| 5. | DIRECTOR | L.A. F.B.A. LEGAL EDUCATION FOUNDATION - NON-PROFIT |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 8

Name of Person Reporting

**RUSSELL, BARRY**

Date of Report

05/15/2013

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | BOOK ROYALTY - THOMSON-WEST | $56,989.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Bankruptcy Trustees | March 29-31, 2012 | Las Vegas, NV | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 2. | American Bankruptcy Institute | April 19-22, 2012 | Lake Tahoe, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 3. | California Bankruptcy Forum | May 18-20, 2012 | Rancho Mirage, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 4. | Association of Insolvency & Bankruptcy Restructuring Advisors | June 6-0, 2012 | San Francisco, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 5. | University of Texas | August 8-10, 2012 | Galveston, TX | Bankruptcy Lecture | Meals, Hotel & Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, BARRY | 05/15/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | National Association of Bankruptcy Trustees | September 5-9-2012 | Colorado Springs, CO | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 7. | American Bankruptcy Institute | September 13-15, 2012 | Las Vegas, NV | Conference and Lecture | Meals, Hotel & Transportation |
| 8. | American Bankruptcy Institute | November 29-December 1, 2012 | Tucson, AZ | Conference and Lecture | Meals, Hotel & Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **RUSSELL, BARRY** | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions )*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Southland Civic Credit Union, Los Angeles, CA | C | Interest | M | T | | | | | |
| 2. | STIFEL NICOLAUS PROFIT SHARING PENSION PLAN | A | Dividend | J | T | | | | | |
| 3. | American Tax Credit Prop II, LTD, Partnership | A | Interest | J | U | | | | | |
| 4. | Boston Financial Qual Tax CR Partnership | A | Interest | J | U | Ceased doing business 12-31-12 | | | | |
| 5. | FMA Equity Growth LTD | A | Interest | M | T | | | | | |
| 6. | STIFEL NICOLAUS | D | Interest | M | T | | | | | |
| 7. | Time Share | | None | J | R | | | | | |
| 8. | BF Qual HSG Tax Credit LP 5 | A | Interest | J | U | Same as No. 4 | | | | |
| 9. | MUNICIPAL BONDS | | | | | | | | | |
| 10. | Berkeley Calif Uni Sch Dist | B | Interest | K | T | Called | 8/1/12 | K | A | |
| 11. | Calif Statewide CMNTYS | B | Interest | K | T | Called | 5/2/12 | K | A | |
| 12. | Los Angeles Calif Wastewt | B | Interest | K | T | Called | 10/4/12 | K | A | |
| 13. | San Francisco CA City ARPTS | A | Interest | K | T | Called | 11/19/12 | K | A | |
| 14. | San Marcos CA REDEV AG | B | Interest | K | T | Called | 10/1/12 | K | A | |
| 15. | Sierra View CA LOC HLT | B | Interest | K | T | Called | 6/4/12 | K | A | |
| 16. | PREFERRED STOCK – ABN AMRO CAP FUND | A | Interest | K | T | | | | | |
| 17. | MSFT | | None | J | T | | | | | |
| 18. | LUCENT | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting**

Page 6 of 8

RUSSELL, BARRY

**Date of Report**

05/15/2013

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19. CISCO | | None | K | T | | | | |
| 20. AOL | | None | J | T | | | | |
| 21. IBM | | None | J | T | | | | |
| 22. YHOO | | None | J | T | | | | |
| 23. INTEL | | None | J | T | | | | |
| 24. E-TRADE | | None | J | T | | | | |
| 25. VTSS | | None | J | T | | | | |
| 26. MCI | | None | J | T | | | | |
| 27. AMAT | | None | J | T | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| during reporting period | | **C** Gross value at end of reporting period | | **D** **T** | | tions during reporting period |
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 O =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Columns C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 8

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## VIII. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BARRY RUSSELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544